STATE of Missouri, Respondent,

v.

Robert M. ADAMS, Appellant.

No. WD 75767.

Missouri Court of Appeals, Western District.

Oct. 1, 2013.

Kristen L. Ellis and Kellie W. Campbell, Lexington, MO, for respondent.

Kelly H. Rose, Odessa, MO, for appellant.

Before Division Three LISA WHITE HARDWICK, Presiding Judge, MARK D. PFEIFFER, Judge and CYNTHIA L. MARTIN, Judge.

## ORDER

PER CURIAM:

Robert Adams appeals from the trial court's entry of judgment convicting him of trespass in the first degree. Adams argues that the trial court erred in finding him guilty beyond a reasonable doubt because there was insufficient evidence presented at trial to demonstrate that Adams had been given actual notice that he was not allowed to visit the property. We affirm. Rule 30.25(b).